IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL W. GRESHAM,

       Plaintiff,                        No. CIV S-08-0190 MCE DAD P

     vs.

BRETT WILLIAMS, et al.,

       Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On April 8, 2008, the court ordered the United States Marshal to serve the complaint on nine defendants. The Marshal was unable to effect service on defendant Kimball because he has apparently moved out of the country, and there is no forwarding information for him.

        If plaintiff wishes to proceed with his claims against defendant Kimball, he must provide the court with additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

/////

1

1       Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

      Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed January 28, 2008;

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

    a. One completed USM-285 form for defendant Kimball;

    b. Two copies of the endorsed complaint filed January 28, 2008; and

    c. One completed summons form.

DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
gres0190.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL W. GRESHAM,

        Plaintiff,                      No. CIV S-08-0190 MCE DAD P

    vs.

BRETT WILLIAMS, et al.,         NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ <u>one</u> completed summons form;

        ____ <u>one</u> completed USM-285 form; and

        ____ <u>two</u> true and exact copies of the complaint filed January 28, 2008.

DATED: _____.

                                                                            _____
                                                                             Plaintiff