IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL W. GRESHAM,

      Plaintiff,                     No. CIV S-08-0190 MCE DAD P

    vs.

BRETT WILLIAMS, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that defendant Kimball be dismissed from this action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's September 22, 2008 request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that defendant Kimball is dismissed from this action.

DATED: October 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak
gres0190.59