IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL W. GRESHAM, | ) | Civ. No. 08-00190 JMS-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | DEFENDANTS' REQUEST FOR |
| | ) | AN EXTENSION OF TIME TO |
| BRETT WILLIAMS, et al., | ) | FILE STATUS REPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANTS' REQUEST FOR
AN EXTENSION OF TIME TO FILE STATUS REPORT

Before the Court is Defendants' Request For An Extension Of Time To File Status Report. Due to a family medical emergency, Defendants move to extend the deadline for their status report thirty days from January 15, 2009. After careful consideration of the Motion, Defendants' request is GRANTED. Defendants shall file their status report no later than February 17, 2009.

DATED:  Honolulu, Hawaii, January 20, 2009.

IT IS SO ORDERED.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Gresham v. Williams, et al., Civ. No. 08-00190 JMS-BMK; ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE STATUS REPORT.