IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. GRESHAM, | ) Civ. No. 2:08-00190 JMS-BMK |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION THAT |
| vs. | ) PLAINTIFF'S MOTION FOR |
| | ) DIRECTED VERDICT BE DENIED |
| BRETT WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR DIRECTED VERDICT BE DENIED

On February 2, 2010, United States Magistrate Judge Barry M. Kurren issued his Findings and Recommendation That Plaintiff's Motion for Directed Verdict Be Denied ("February 2 F&R").  To date, no objections have been filed.  Accordingly, the court ADOPTS the February 2 F&R and DENIES Plaintiff's Motion for Directed Verdict.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, March 1, 2010.



 /s/ J. Michael Seabright
 J. Michael Seabright
 United States District Judge